**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

```
-----------------------------------------------------------------
                                          )
UNITED STATES OF AMERICA and              )
THE STATE OF NEW MEXICO, ex rel.          )
SALLY HANSEN,                             )
                         Plaintiffs,      )    Case No. 2:11-cv-00566-WPL-CG
                                          )
        v.                                )
                                          )
DEMING HOSPITAL CORPORATION               )
d/b/a MIMBRES MEMORIAL HOSPITAL,          )
COMMUNITY HEALTH SYSTEMS, INC.,           )
COMMUNITY HEALTH SYSTEMS                  )
PROFESSIONAL SERVICES CORP., and          )
JERRY BESSELL                             )
                                          )
                         Defendants.      )
-----------------------------------------------------------------
```

## MOTION TO DISMISS RELATOR'S FIRST AMENDED COMPLAINT

Defendants Deming Hospital Corporation d/b/a Mimbres Memorial Hospital, Community Health Systems Professional Services Corp., and Jerry Bossell (collectively, "Mimbres" or the "Hospital") move to dismiss the action because the complaint fails to state a claim upon which relief can be granted as required by Fed. R. Civ. P. 12(b)(6).  Per D.N.M.LR-Civ.7.3(a), the Hospital's authority in support of the legal positions advanced in this motion are submitted in a separate brief and appendix filed and served contemporaneously with this motion.  Per D.N.M.LR-Civ.7.1(a), counsel for the Hospital corresponded with counsel for relator and determined that relator will oppose this motion and the grounds therefor.

{00476308-1}

Respectfully submitted,

*/s/ David H. Johnson*
David H. Johnson
Greg L. Gambill
Montgomery & Andrews
6301 Indian School Rd. NE
Suite 400
Albuquerque, NM  87110
Phone 505-884-4200
Fax 505-888-8929

Michael L. Waldman
Mark A. Hiller
Robbins, Russell, Englert, Orseck,
Untereiner&Sauber LLP
1801 K Street, N.W.,
Suite 411-L
Washington, D.C.  20006
Phone (202) 775-4500
Fax (202) 775-4510

*Counsel for Defendants Deming Hospital Corporation d/b/a Mimbres Memorial Hospital, Community Health Systems Professional Services Corp., and Jerry Bossell*

Dated: June 12, 2013