## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, and<br>STATE OF NEW MEXICO, *ex. rel.*<br><br>SALLY HANSEN, Relator;<br><br>  Plaintiffs,<br><br>          v.<br><br>DEMING HOSPITAL CORPORATION d/b/a<br>MIMBRES MEMORIAL HOSPITAL,<br>COMMUNITY HEALTH SYSTEMS, INC.,<br>COMMUNITY HEALTH SYSTEMS<br>PROFESSIONAL SERVICES CORP., and<br>JERRY BOSSELL,<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>)  **No. 2:11-cv-566-WPL-CG**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### AMENDED NOTICE OF VOLUNTARY DISMISSAL OF
### DEFENDANT COMMUNITY HEALTH SYSTEMS, INC.

PLEASE TAKE NOTICE THAT Plaintiff-Relator Sally Hansen, pursuant to Fed. R. Civ.

P. 41(a)(1)(A)(i), hereby dismisses this action against Defendant Community Health Systems,

Inc. only, without prejudice as to Ms. Hansen, the United States and the State of New Mexico.

The United States and the State of New Mexico do not object to the voluntary dismissal

of Community Health Systems Inc. without prejudice as to Ms. Hansen, the United States and

the State of New Mexico.

Defendant Community Health Systems, Inc. has not filed an answer or a motion for

summary judgment in this matter.

Respectfully submitted,

LOEVY & LOEVY

/s/ Anand Swaminathan 7/10/2013
ARTHUR LOEVY
MICHAEL KANOVITZ
JON LOEVY
ANAND SWAMINATHAN
312 N. May St., Ste. 100
Chicago, IL 60607
(312) 243-5900


ROTHSTEIN, DONATELLI, HUGHES,
  DAHLSTROM, SCHOENBURG & BIENVENU, LLP

/s/ Brendan K. Egan 7/10/2013
CAROLYN M. "CAMMIE NICHOLS
BRENDAN K. EGAN
500 4th Street NW, Suite 400
Albuquerque, New Mexico 87102
(505) 243-1443

*Attorneys for Relator Sally Hansen*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on the 10th day of July, 2013, I filed the foregoing pleading electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Howard R. Thomas
U.S. Attorney's Office
howard.thomas@usdoj.gov

Jody R. Curran
Office of the Attorney General
jcurran@nmag.gov

Anand Swaminathan
Michael Kanovitz
Loevy & Loevy
anand@loevy.com
mike@loevy.com

Greg L. Gambill
ggambill@montand.com

William C. Madison
wcm@madisonlaw.com

Michael L. Waldman
Mark A. Hiller
mwaldman@robbinsrussell.com
mhiller@robbinsrussell.com

/s/ Brendan K. Egan 7/10/2013
ROTHSTEIN, DONATELLI, HUGHES,
 DAHLSTROM, SCHOENBURG & BIENVENU, LLP